UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ASHH, INC.,

        Plaintiff,

v.                                  Case No. 21-11210

UNITED STATES OF AMERICA, *et al.*,

        Defendants.
_____/

## JUDGMENT

In accordance with the court's "Opinion and Order Granting Defendants' Motion to Dismiss," entered on June 27, 2022,

IT IS ORDERED AND ADJUDGED that judgment is entered for Defendants and against Plaintiff ASHH, Inc.

Dated at Port Huron, Michigan, June 27, 2022.

                                                    KINIKIA ESSIX
                                                    CLERK OF THE COURT

                                                    By: s/Lisa Wagner
                                                    Lisa Wagner, Case Manager
                                                    to Judge Robert H. Cleland

S:\Cleland\Cleland\MAZ\Civil\21-11210.ASHH.Judgment.MAZ.docx